Christopher M. Schierloh (CS-6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RETAIL TRAVEL SERVICES, INC.,

                Plaintiff,                      **07 Civ.**

  - against -

BANK OF AMERICA N.A.,              **FRCP RULE 7.1**
                                   **DISCLOSURE STATEMENT**

                Defendants.

------------------------------------------------------------X

NOW comes plaintiff, RETAIL TRAVEL SERVICES, INC. and submits in duplicate its

Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

Retail Travel Services, Inc. is a private company and is not publicly traded.

Dated: New York, New York
     May 24, 2007

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

               By:
                          Christopher M. Schierloh (CS-6644)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225