

RECEIVED JUL 25 2007 CHAMBERS OF COLLEEN McMAHON

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

July 25, 2007

*Via Fax (212) 805-6326 and First Class Mail*
Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

APPLICATION GRANTED/~~DENIED~~
HON. COLLEEN McMAHON

Re:   *Retail Travel Services, Inc. v. Bank of America N.A.*
      07 Civ. 4617 (CM)
      Our ref: 291-03

Dear Judge McMahon:

We write to confirm an agreement reached among counsel for plaintiff and defendant during a telephone conversation yesterday with Your Honor's Clerk, Mr. Jimmy O'Neil.

Plaintiff will be filing an amended complaint on or before August 3. In its amended complaint, plaintiff will add Brinks Global Services USA, Inc. (Brinks) as a defendant. Once Brinks in brought into the action, it is anticipated that cross claims will be filed among and between co-defendants Bank of America and Brinks. For this reason, Bank of America has requested, and Retail Travel Services, Inc. hereby consents, to an extension of time for Bank of America to answer or otherwise respond to plaintiff's amended complaint up to and including September 3, 2007.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

Respectfully submitted,
CASEY & BARNETT, LLC

Christopher Schierloh
cms@caseybarnett.com

cc: Constantine A. Despotakis, Esq. *via email*: DespotakisC@wemed.com