CONSTANTINE A. DESPOTAKIS, ESQ. (CD 4944)
WILSON, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000
Attorneys for Defendant Bank of America, N.A.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

RETAIL TRAVEL SERVICES INC.,

                    Plaintiff,                          07 CV 4617 (CM)

        v.                                     RULE 7.1 STATEMENT

BANK OF AMERICA, N.A., BRINKS GLOBAL
SERVICES USA, INC. and BRINKS, INC.,

                    Defendants.

---------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Bank of America, N.A. (a private non-governmental party), sued herein by its common trade name of Bank of America, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: 1. Bank of America Corporation (parent company of Bank of America, N.A.), and 2. Those other companies and entities as to which Bank of America Corporation is likewise the parent company and which are set forth in detail in the attachment hereto.

Dated: White Plains, NY
       August 15, 2007

                             Constantine A. Despotakis, Esq. (CD-4944)

**Banks and Trust Companies**
Bank of America, N.A.
Bank of America Trust Company of Delaware, N.A.

**Credit Card**
Banc of America Consumer Card Services, LLC.
Bank of America
Bank of America, N.A. (USA)
Fleet Credit Card Services, L.P.
MBNA America (Delaware), N.A.
MBNA America Bank, N.A.

**Brokerage and Investments**
BACAP Advisory Partners, LLC
BACAP Alternative Advisors, Inc.
BACAP Distributors, LLC
Banc of America Capital Management, LLC
Banc of America Futures, Inc.
Banc of America Investment Services, Inc.
Banc of America Securities LLC
Bank of America Capital Advisors LLC
Columbia Management Advisors, Inc.
Columbia Wanger Asset Management, L.P.
Marsico Capital Management, LLC
White Ridge Investment Advisors LLC

**Insurance and Annuities**
BA Agency, Inc.
BA Insurance Services, Inc.
Banc of America Agency, LLC
Banc of America Agency of Nevada, Inc.
Banc of America Agency of Texas, Inc.
Banc of America Insurance Services, Inc.
Bank of America Reinsurance Corporation
Fleet Insurance Services, LLC
General Fidelity Insurance Company
General Fidelity Life Insurance Company
MBNA Insurance Agency, Inc.
NationsBanc Insurance Company, Inc.

**Real Estate**
HomeFocus Services, LLC
NationsCredit Financial Services Corporation
**Automobile Financing**
Banc of America Auto Finance Corp.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                                      ) ss.:

COUNTY OF WESTCHESTER       )

I, Geri Manno, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York. On August 15, 2007, I served the within **RULE 7.1 STATEMENT** by depositing a true copy thereof enclosed in a postpaid wrapper, via First Class Mail and/or International Air Mail as the case may be, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Christopher Schierloh, Esq.
CASEY & BARNETT, LLC
Attorneys for Plaintiff,
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Brinks Global Services USA, Inc.
Defendant *Pro Se*
Arnold House
36/41 Holywell Lane
London EC2A, 3LB
United Kingdom

Brinks, Inc.
Defendant *Pro Se*
555 Dividend Drive
Coppell, Texas 75019

                                         _____
                                              Geri Manno

Sworn to before me this
15th day of August, 2007

_____
Notary Public

CONSTANTINE A. DESPOTAKIS
Notary Public, State of New York
No. C-4615111
Qualified in Westchester County
Commission Expires _12/31/09_

Error! Unknown document property name.