STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

N. Yvonne Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on September 12, 2007 deponent served the within **ANSWER, CROSS CLAIMS AND COUNTERCLAIMS** upon the attorneys and parties listed below by overnight mail.

TO:

Christopher M. Schierloh, Esq.
CASEY & BARNETT, LLC
Attorney for Plaintiff
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

Costantine A. Despotakis, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant BANK OF AMERICA N.A.
3 Gannett Drive
White Plains, New York 10604

_____
N. Yvonne Miranda

Sworn to before me this
12th day of September, 2007

_____
Notary Public

WENDY A. JANTZ
Notary Public, State of New York
No. 01JA5038412
Qualified in Richmond County
Commission Expires January 23, 20_11_