Jonathan S. Chernow (JSC-7339)
WHITE, FLEISCHNER & FINO, LLP
140 Broadway, 36th Floor
New York, NY 10005
(212) 487-9700
Attorneys for Defendants Brinks Global Services USA, Inc.
and Brinks, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

RETAIL TRAVEL SERVICES, INC.,

                Plaintiff,

-against-

BANK OF AMERICA, N.A., BRINKS
GLOBAL SERVICES USA, INC. and
BRINKS, INC.,

                Defendants.
————————————————————X

Docket No.: 07 CV 4617 (CM)

ANSWER TO DEFENDANT
BANK OF AMERICA'S
CROSSCLAIMS

    Defendants BRINK'S GLOBAL SERVICES, U.S.A., INC., sued herein incorrectly as BRINKS GLOBAL SERVICES USA INC. and BRINK'S, INCORPORATED, sued herein incorrectly as BRINKS, INC. [hereinafter "the BRINKS Defendants"], by their attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for their Answer to Defendant BANK OF AMERICA, N.A.'S [hereinafter "BANK OF AMERICA"] CrossClaims, hereby allege as follows, upon information and belief:

### AS AND FOR THE BRINKS DEFENDANTS' ANSWER
### TO BANK OF AMERICA'S FIRST CROSSCLAIM

    1.    Deny each and every allegation contained in paragraph "41". of BANK OF AMERICA'S FIRST CROSSCLAIM.

### AS AND FOR THE BRINKS DEFENDANTS' ANSWER
### TO BANK OF AMERICA'S SECOND CROSSCLAIM

2.  Deny each and every allegation contained in paragraph "42". of BANK OF AMERICA'S SECOND CROSSCLAIM.

### AS AND FOR THE BRINKS DEFENDANTS' ANSWER
### TO BANK OF AMERICA'S THIRD CROSSCLAIM

3.  Deny each and every allegation contained in paragraph "43". of BANK OF AMERICA'S THIRD CROSSCLAIM.

### AS AND FOR THE BRINKS DEFENDANTS' ANSWER
### TO BANK OF AMERICA'S FOURTH CROSSCLAIM

4.  Deny each and every allegation contained in paragraph "44". of BANK OF AMERICA'S FOURTH CROSSCLAIM.

### AS AND FOR THE BRINKS DEFENDANTS' ANSWER
### TO BANK OF AMERICA'S FIFTH CROSSCLAIM

5.  Deny each and every allegation contained in paragraph "45". of BANK OF AMERICA'S FIFTH CROSSCLAIM.

WHEREFORE, the BRINKS Defendants demand judgment dismissing BANK OF ANERICA'S CROSSCLAIMS, together with the costs and disbursements of this action.

Dated: New York, New York
September 12, 2007

Yours, etc.,

WHITE FLEISCHNER & FINO, LLP

By: _____
Jonathan S. Chernow, Esq. (JSC-7339)
Attorneys for Defendants
BRINK'S GLOBAL SERVICES
U.S.A, INC., s/h/i as BRINK'S GLOBAL
SERVICES USA, INC. and BRINK'S,
INCORPORATED, s/h/i as BRINKS, INC.
140 Broadway - 36th Floor
New York, New York 10005
(212) 487-9700
Our File No.: 404-12961-D-JSC

TO: (See Attached Affidavit)

STATE OF NEW YORK )
)ss:
COUNTY OF NEW YORK )

N. Yvonne Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in New York, New York.

That on September 12, 2007 deponent served the within **ANSWER TO DEFENDANT BANK OF AMERICA'S CROSSCLAIMS** upon the attorneys and parties listed below by overnight mail

TO:

Christopher M. Schierloh, Esq.
CASEY & BARNETT, LLC
Attorney for Plaintiff
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

Costantine A. Despotakis, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
Attorneys for Defendant BANK OF AMERICA N.A.
3 Gannett Drive
White Plains, New York 10604

N. Yvonne Miranda

Sworn to before me this
12th day of September, 2007

_____
Notary Public

WENDY A. JAN...
Notary Public, State of New York
No. 01JA30...
...ified in ...
...Expires J...

Docket No.: 07 CV 4617 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETAIL TRAVEL SERVICES, INC.,

      Plaintiff,

  -against-

BANK OF AMERICA, N.A., BRINKS
GLOBAL SERVICES USA, INC. and
BRINKS, INC.,

      Defendants.

## ANSWER TO DEFENDANT BANK OF AMERICA'S CROSSCLAIMS

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for Defendants Brinks*
*Global Services USA, Inc. and Brinks, Inc.*
**140 BROADWAY**
**NEW YORK, N.Y. 10005**
**(212) 487-9700**

---

To:

Attorney(s) for

Service of a copy of the within    is hereby admitted.

Dated:

        ..........................
        *Attorney(s) for*

---

PLEASE TAKE NOTICE

☐   that the within is a (certified) true copy of a
   entered in the office of the clerk of the within named Court on
**NOTICE OF ENTRY**

☐   that an Order of which the within is a true copy will be presented for settlement to the Hon.
   one of the judges of the within named Court, at , on , at .
**NOTICE OF SETTLEMENT**

Dated:

               **WHITE FLEISCHNER & FINO, LLP**
               *Attorneys for Defendants Brinks*
               *Global Services USA, Inc.*
               *and Brinks, Inc.*
               **140 BROADWAY**
               **NEW YORK, N.Y. 10005**