CONSTANTINE A. DESPOTAKIS, ESQ. (CD 4944)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
Tel.: (914) 323-7000
Attorneys for Defendant, Bank of America, N.A.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
RETAIL TRAVEL SERVICES, INC.,

                            07 CV 4617 (CM)

              Plaintiff,

                            ANSWER TO CROSSCLAIMS
-against-                 OF BRINKS DEFENDANTS

BANK OF AMERICA, N.A., BRINKS GLOBAL
SERVICES USA, INC. AND BRINKS, INC.,

              Defendants.
-----------------------------------------------------------------x

         Defendant, Bank of America, N.A. hereinafter "BOA", by its attorneys, Wilson,

Elser, Moskowitz, Edelman & Dicker LLP, in answer to the crossclaims of defendants Brinks

Global Services, USA, Inc. and Brinks, Incorporated, sued herein incorrectly as Brinks, Inc.,

(hereinafter "Brinks Defendants") alleges and answers as follows:

      1.    Denies the allegations contained in paragraph 64 of the Brinks Defendants'

crossclaim for contribution as against BOA and BOA further again incorporates by reference as

though fully set forth herein all of BOA's Affirmative Defenses to plaintiff's complaint and

Crossclaims against the Brinks Defendants, all as set forth in BOA's answer filed in the within

action.

      2.    Denies the allegations contained in paragraph 65 of the Brinks Defendants'

crossclaim for indemnification as against BOA and BOA further again incorporates by reference

as though fully set forth herein all of BOA's Affirmative Defenses to plaintiff's complaint and

Crossclaims against the Brinks Defendants, all as set forth in BOA's answer filed in the within action. In addition, there is no statutory or contractual basis as between BOA and the Brinks Defendants to support a cause of action for indemnification.

**WHEREFORE**, BOA respectfully requests an Order of the Court dismissing the crossclaims of the Brinks Defendants as against BOA, together with such other and further relief as to this Court may seem just and proper.

Dated: White Plains, New York
      October 5, 2007

Yours etc,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By _____
Constantine A. Despotakis, Esq. (CD 4944)
Attorneys for Defendant
BANK OF AMERICA, N.A.
3 Gannett Drive
White Plains, New York 10604
Tel. (914) 323-7000
Our File No. 02503.00311

To:    Christopher Schierloh, Esq.
      CASEY & BARNETT, LLC
      Attorneys for Plaintiff,
      317 Madison Avenue, 21st Floor
      New York, NY 10017

      Jonathan S. Chernow, Esq.
      WHITE FLEISCHNER & FINO, LLP
      Attorneys for Defendants
      Brink's Global Services U.S.A., Inc.,
      and Brink's Incorporated
      s/h/i as Brinks, Inc.
      140 Broadway, 36th Floor
      New York, New York 10005
      (212) 487-9700

AFFIDAVIT OF SERVICE

STATE OF NEW YORK                    )
                                     )  ss.:
COUNTY OF WESTCHESTER                )

I, Melinda Rodriguez, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Bronx County, New York.  On October 5, 2007, I served the within ANSWER TO CROSSCLAIMS OF BRINKS DEFENDANTS by depositing a true copy thereof enclosed in a postpaid wrapper, via First Class Mail and/or International Air Mail as the case may be, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Christopher Schierloh, Esq.
CASEY & BARNETT, LLC
Attorneys for Plaintiff,
317 Madison Avenue, 21st Floor
New York, NY 10017
(212) 286-0225

Jonathan S. Chernow, Esq.
WHITE FLEISCHNER & FINO, LLP
Attorneys for Defendants
Brink's Global Services U.S.A., Inc.,
and Brink's Incorporated
s/h/i as Brinks, Inc.
140 Broadway, 36th Floor
New York, New York 10005
(212) 487-9700

Melinda Rodriguez

Sworn to before me this
5th day of October, 2007

Notary Public

EMILIA P. BINGAY
Notary Public, State of New York
No. 60-4749786
Qualified in Westchester County
Commission Expires October 31, 2009