UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––X

RETAIL TRAVEL SERVICES, INC.,

                Plaintiff,                      Docket No.:
                                                      2007 Civ. 4617 (CMS)

    -against-

                                                      **NOTICE CHANGE OF ADDRESS**

BANK OF AMERICA, N.A., BRINKS
GLOBAL SERVICES USA, INC. and
BRINKS, INC.,

                Defendants.
––––––––––––––––––––––––––––––––––––––––X

    PLEASE TAKE NOTICE, that the law firm of WHITE FLEISCHNER & FINO, LLP, counsel for Defendants BRINKS GLOBAL SERVICES USA, INC. and BRINKS, INCORPORATED, sued herein incorrectly as BRINKS, INC., in the captioned litigation, has changed its address to 61 Broadway, 18th Floor, New York, New York 10006. Any and all correspondence, documents, notices and filings should be forwarded to the new address.

                                                                            Yours, etc.,

                                                                            WHITE FLEISCHNER & FINO, LLP

                                                                            By: _____
                                                                               JONATHAN S. CHERNOW (JSC-7339)
                                                                            Attorneys for Defendants
                                                                            BRINKS GLOBAL SERVICES
                                                                            USA, INC. and BRINKS, INCORPORATED,
                                                                            sued herein incorrectly as BRINKS, INC.
                                                                            61 Broadway – 18th Floor
                                                                            New York, New York 10006
                                                                            (212) 487-9700
                                                                            Our File No.: 404-12961-D-JSC

TO:    (See Attached Affidavit)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

RETAIL TRAVEL SERVICES, INC.,

           Plaintiff,

           -against-

BANK OF AMERICA, N.A., BRINKS
GLOBAL SERVICES USA, INC. and
BRINKS, INC.,

           Defendants.
——————————————————————X

Docket No.:
2007 Civ. 4617 (CMS)

**CERTIFICATION**

JONATHAN S. CHERNOW, certifies as follows:

1. I am an attorney duly admitted to practice before this Honorable Court, and I hereby affirm the truth of the following statements under penalty of perjury. I am counsel to the law firm of WHITE FLEISCHNER & FINO, LLP, attorneys for BRINKS GLOBAL SERVICES USA, INC. and BRINKS, INCORPORATED, sued herein incorrectly as BRINKS, INC., herein.

2. I hereby certify that on December 5, 2007, I directed service of a copy of the within **NOTICE OF CHANGE OF ADDRESS** to be electronically filed with the Clerk of the Southern District Court using its ECF system, which would then electronically notify the following ECF participant on this case: Christopher M. Schierloh, Esq., CASEY & BARNETT, LLC, 317 Madison Avenue, 21st Floor, New York, New York 10017, Tel. No.: (212) 286-0225.

           Yours, etc.,

           WHITE FLEISCHNER & FINO, LLP
           By: _____
               JONATHAN S. CHERNOW (JSC-7339)

>Attorneys for Defendants
>BRINKS GLOBAL SERVICES
>USA, INC. and BRINKS, INCORPORATED,
>sued herein incorrectly as BRINKS, INC.
>61 Broadway – 18th Floor
>New York, New York 10006
>(212) 487-9700
>Our File No.: 404-12961-D-JSC