UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
RETAIL TRAVEL SERVICES, INC.,

                Plaintiff,          Docket No.: 07 CV 4617 (CM)

    -against-                      PARTIAL STIPULATION
                                        OF DISCONTINUANCE
BANK OF AMERICA, N.A., BRINKS
GLOBAL SERVICES USA, INC. and
BRINKS, INC.,

                Defendants.
————————————————————X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants BRINKS GLOBAL SERVICES, USA, INC. and BRINKS, INCORPORATED, sued herein incorrectly as BRINKS, INC. [hereinafter "the BRINKS Defendants"], that Plaintiff discontinues this action as against the BRINKS Defendants only with prejudice and the BRINKS Defendants discontinue their first and second Counterclaims against Plaintiff with prejudice, and with no award of attorneys' fees, costs or disbursements to either Plaintiff or the BRINKS Defendants. This stipulation may be executed in counterparts.

Dated: New York, New York
         December 5, 2007

WHITE FLEISCHNER & FINO, LLP

By: _____
Jonathan S. Chernow (JSC-7339)
Attorneys for Defendants
BRINKS GLOBAL SERVICES
USA, INC. and BRINKS, INC.
61 Broadway - 18th Floor
New York, New York 10006
(212) 487-9700
Our File No.: 404-12961-D-JSC

CASEY & BARNETT, LLC

By: _____
Christopher M. Schierloh (CMS- CS-6644)
Attorneys for Plaintiff
317 Madison Avenue, 21st Floor
New York, New York 10017

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

1

So-Ordered:

_____
Judge Colleen McMahon

12-7-07